RECVD 260203PM0239MDG7-ATH

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

**ACHIM S NEWTON,**

**Plaintiff,**

v.                                                              Civil Action No.: [To be assigned]

**EXPERIAN INFORMATION SOLUTIONS, INC.;**

**EQUIFAX INFORMATION SERVICES, LLC;**

**TRANSUNION, LLC;**

**Defendants.**

_____/

## COMPLAINT

### I. Jurisdiction and Venue

This action is brought under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq.

Jurisdiction is proper pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.

Venue is proper in this Court because Plaintiff is domiciled in Conyers, Georgia (Rockdale County), which is within the Northern District of Georgia, Atlanta Division. Defendants conduct substantial business in this District, and the events giving rise to this action occurred here.

### II. Parties

Defendant Equifax Information Services, LLC is a CRA headquartered in Atlanta, Georgia, doing business nationwide.

Address

Defendant TransUnion, LLC is a CRA headquartered in Chicago, Illinois, doing business nationwide.

Address

### III. Factual Allegations

Plaintiff submitted proper written requests to each Defendant for a full consumer file disclosure under 15 U.S.C. § 1681g.

Defendants failed to provide complete and accurate disclosures, omitting critical information required by law.

Plaintiff also disputed inaccurate information contained in Defendants' reports pursuant to 15 U.S.C. § 1681i.

Defendants failed to conduct a reasonable reinvestigation and continued to report inaccurate and unverified information.

These actions caused Plaintiff harm, including denial of credit opportunities, damage to reputation, and emotional distress.

### IV. Claims for Relief

#### Count I – Violations of 15 U.S.C. § 1681g (Failure to Provide Full File Disclosure)

13. Plaintiff re-alleges the foregoing paragraphs as if fully stated herein.

14. Each Defendant violated § 1681g by failing to provide Plaintiff with all information in their consumer file upon request.

#### Count II – Violations of 15 U.S.C. § 1681i (Failure to Reinvestigate Disputed Information)

15. Plaintiff re-alleges the foregoing paragraphs as if fully stated herein.

16. Each Defendant failed to conduct a lawful reinvestigation into Plaintiff's disputes, violating § 1681i.

## V. Prayer for Relief

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Enter judgment against Defendants for statutory damages under 15 U.S.C. § 1681n;

B. Award actual damages sustained by Plaintiff;

C. Award costs of this action;

D. Grant such other and further relief as the Court deems just and proper.

"I affirm under penalty of perjury that the foregoing is true and correct."

Respectfully presented,

This 3rd day of Feb , 2026.

By: /s/ *signature*

Achim-Salathiel-Rezar: Newton
Pro Se, In Propria Persona
All Rights Reserved – Without Prejudice
c/o 1705 Hwy 138 Se #82323
Conyers, Georgia Republic [30013]

Email: delivery_hound@yahoo.com